UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | RE: Karl William PIETTE<br>Docket Number:  2:14CR00186-001<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Karl William Piette is requesting permission to travel to Playa Del Carmen, Mexico, in June 2015.  Mr. Piette is current with all supervision obligations, and all monetary obligations have been satisfied.

**Conviction and Sentencing Date:**  On May 23, 2014, Mr. Piette was sentenced in the District of Utah, Docket 2:11CR00818-01, for the offense of 21 USC 846 – Conspiracy to Distribute Marijuana, a Class D Felony.  Transfer of jurisdiction was received in the Eastern District of California on July 21, 2014.

**Sentence Imposed:**  48-month term of probation; Mandatory drug testing; Firearms restrictions; DNA testing; and $100 special assessment.

**Dates and Mode of Travel:**  Flying to Mexico June 29, 2015, returning July 21, 2015.  The Court previously approved travel to Mexico on July 23, 2014.

**Purpose:**  Mr. Piette is traveling to Mexico to vacation with his wife and three sons.

1

RE:    Karl William PIETTE
       Docket Number:  2:14CR00186-001
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:    May 13, 2015
          Roseville, California
          /jaf

|                    | /s/ Michael A. Sipe |
|--------------------|---------------------|
| **REVIEWED BY:**   | **MICHAEL A. SIPE** |
|                    | **Supervising United States Probation Officer** |

## ORDER OF THE COURT

☒    Approved          ☐    Disapproved

**5/13/15**                          /s/ John A. Mendez
**Date**                             **HON. JOHN A. MENDEZ**
                                     **United States District Court Judge**

2