UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable John A. Mendez                    **RE:  Karl William Piette**
United States District Judge                     **Docket Number:  0972 2:14CR00186-001**
Sacramento, California                           **<u>PERMISSION TO TRAVEL</u>**
                                                 **<u>OUTSIDE THE COUNTRY</u>**


Your Honor:


Karl William Piette is requesting permission to travel to Willemstad, Curacao.  Karl William Piette is current with all supervision obligations, and the probation officer recommends approval be granted.


**Conviction and Sentencing Date:**  On May 23, 2014, Karl William Piette was sentenced for the offense(s) of 21 USC 846 – Conspiracy to Distribute Marijuana.


**Sentence Imposed:**  48 months Probation


**Dates and Mode of Travel:**  June 14, 2016 – June 19, 2016.  American Airlines


**Purpose:**  10-year Wedding Anniversary.


1

RE:   **Karl William Piette**
      **Docket Number:  0972 2:14CR00186-001**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Sarah L. Kirk

SARAH L. KIRK
United States Probation Officer


Dated:    May 9, 2016
          Fresno, California
          SLK/rmv

/s/ Tim D. Mechem

**REVIEWED BY:    TIM D. MECHEM**
                 **Supervising United States Probation Officer**


## ORDER OF THE COURT

☒      Approved      ☐      Disapproved


**5/11/2016**                      **/s/ John A. Mendez**
**Date**                           **John A. Mendez**
                                   **United States District Court Judge**


2